UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 91-00256-Cr-Hurley/Vitunac

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ESTANISLAO ESLAVA-RODRIGUEZ,

      Defendant.
_____/

### ORDER AND JUDGMENT OF ESTREATURE

**THIS MATTER** is before the court upon Endorsed Order (DE 95) referring Defendant's Motion to Discharge Sureties (DE 94) to United States Magistrate Judge Ann E. Vitunac for a report and recommendation. Upon consideration of the report and recommendation and in accordance with *28 U.S.C. §636(B)(1)(c)*, it is

**ORDERED** and **ADJUDGED**:

1. The Magistrate Judge's report and recommendation [DE __] is adopted.

2. The appearance bond of Defendant Eslava-Rodriguez is revoked and estreated.

3. This Court hereby enters judgment against Defendant Eslava-Rodriguez and in favor of the United States of America in the sum of $50,000 plus accrued interest.

4. Any and all monies or things of value deposited with the Registry Fund Account of the

Clerk of Court as security for the above bond shall be forthwith transferred to the treasury of the United States in accordance with 28 U.S.C. § 2042 and § 2043.

**DATED** and **SIGNED** in Chambers at West Palm Beach, this 21 day of August, 2007.

Daniel T. K. Hurley
United States District Judge

**copy furnished:**
AUSA Ana Maria Martinez
AUSA Elizabeth Stein
Arturo V. Hernandez, Esq.